# United States Court of Appeals
## For the First Circuit

No. 22-1397

FNU JANI,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: October 23, 2023

    The court is in receipt of the government's Response to this court's September 25, 2023 order. In light of the representations contained therein, we order that the government file its brief in response to petitioner's December 12, 2022, opening brief on or before December 4, 2023, and that petitioner file any reply on or before January 16, 2024.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jeffrey Brian Rubin
Todd C. Pomerleau
Stefanie N. Hennes
Oil